# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13695-MDC

WILLIAM J DALTON

150 BURNSIDE AVENUE

JEFFERSONVILLE, PA 19403-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILLIAM J DALTON

    150 BURNSIDE AVENUE

    JEFFERSONVILLE, PA 19403-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 12/5/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee